

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00001-CR

**WILLIAM MARTIN SWINNER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 87th District Court
Leon County, Texas
Trial Court No. 22-0029CR

## CONCURRING OPINION

To the extent the Court's opinion purports to modify the Bill of Costs, I respectfully disagree because I have not found the Court's authority to do so. *See Carnley v. State*, No. 10-21-00104-CR, 2023 Tex. App. Lexis 8896, *18-22 (Tex. App.—Waco Nov. 30, 2023) (publish) (Gray, C.J., dissenting). However, because this error does not impact the Court's judgment, I concur therein.

TOM GRAY
Chief Justice

Concurring opinion delivered and filed December 14, 2023